UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAALA ROLLAND,

    Defendant.

Case No. 3:25-cr-19-3

District Judge Michael J. Newman

---

**SEALED ORDER: (1) DENYING DEFENDANT ROLLAND'S MOTION FOR REVOCATION OF JUDGE SILVAIN'S DETENTION ORDER (Doc. No. 45); AND (2) AFFIRMING JUDGE SILVAIN'S DETENTION ORDER (Doc. No. 41), WHICH REMAINS IN FULL EFFECT**

---

On March 11, 2025, a federal grand jury returned an indictment charging Defendant Jaala Rolland with conspiracy to possess with intent to distribute methamphetamine, and two counts of possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine. Doc. No. 6 at PageID 10-12.

On April 7, 2025, Magistrate Judge Peter B. Silvain, Jr. held a detention hearing, granted the Government's motion for pretrial detention, and issued a Detention Order. Doc. No. 41. Judge Silvain found "by clear and convincing evidence that Defendant is a danger to the community based on the proffered evidence and argument about Defendant's alleged continued sales of methamphetamine." Doc. No. 41 at PageID 73. Judge Silvain further concluded, "Defendant is subject to a lengthy period of incarceration if convicted and has mental health issues which will pose a risk of harm if the Defendant is released." *Id*. Defendant is currently in the custody of the United States Marshals Service at the Shelby County Jail.

The case is pending upon Defendant's motion, through counsel, for revocation of Judge Silvain's Detention Order (Doc. No. 45) and the Government's memorandum in opposition (Doc. No. 54). The Court has carefully reviewed and considered the parties' contentions and the detention hearing transcript (Doc. No. 65).

Defendant contends that revoking the Detention Order is warranted pursuant to 18 U.S.C. § 3145(b) because (1) the evidence presented during her detention hearing, along with the Pretrial Service Report (Doc. No. 30), rebut the presumption of detention; (2) the factors listed in 18 U.S.C. § 3142(g) support her release; and (3) certain bond conditions can be imposed to reasonably assure her appearance in court and the safety of the community. Doc. No. 45 at PageID 80-85.

Review of Judge Silvain's Detention Order under § 3145(b) is *de novo*. *United States v. Hughes*, 668 F. Supp. 3d 744, 747 (S.D. Ohio 2023). A hearing on a defendant's § 3145(b) motion is not required. *Id*. (citing *United States v. Romans*, No. 00-5456, 2000 WL 658042, at *1 (6th Cir. May 9, 2000); *United States v. Williams*, No. 2:20-cr-142, 2020 WL 6866404, at *2 (S.D. Ohio Nov. 23, 2020)). The law applicable to the present review is set forth in *Hughes*, 668 F.Supp. 3d at 747-48, and is incorporated herein by reference. Applying this law—including the factors set forth in 18 U.S.C. § 3142(g), and conducting the appropriate *de novo* review while carefully considering Defendant's contentions, the Detention Order, and the entire record—the Court agrees with Judge Silvain's decision to detain Defendant prior to her trial. Doc. No. 41 at PageID 73-74. The Court concludes (1) Defendant has not rebutted the presumption of detention applicable under 18 U.S.C. § 3142(e)(3)(A); and (2) there are no conditions (or combination of conditions) of release, including those proposed by Defendant, that would reasonably assure the safety of the community if she were released prior to her trial.

Accordingly, Defendant's motion is **DENIED**. Judge Silvain's Detention Order is **AFFIRMED** and remains in full effect.

**IT IS SO ORDERED.**

<u>August 4, 2025</u>                    s/*Michael J. Newman*
                                        Hon. Michael J. Newman
                                        United States District Judge

cc: U.S. Marshals Service
    Dayton, Ohio

    U.S. Probation and Pretrial Services
    Dayton, Ohio