UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAALA ROLLAND,

    Defendant.

Case No. 3:25-cr-19-3

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER:  (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 78); (2) GRANTING THE PARTIES' JOINT MOTION FOR A CHANGE OF PLEA (Doc. No. 71); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 1 OF THE INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

    This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 78), recommending that the Court accept Defendant's guilty plea.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The parties' joint motion to change plea (Doc. No. 71) is **GRANTED**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Count 1 of the Indictment, which charges her with conspiracy to possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21 U. S.C. §§ 846 and 841(a)(l) and (b)(l)(B)(viii).

    The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

| | |
|---|---|
| October 7, 2025 | s/Michael J. Newman<br>Hon. Michael J. Newman<br>United States District Judge |